AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LUIS VENTURA, on behalf of himself and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>MICHAEL MIZHIRITSKY, PETER L/N/U, FERNANDO ZAVALA, FIRST CLASS CAR CARE MERRICK ROAD INC., LPMM HOLDINGS LLC, and LPMM RAINBOW CAR WASH LLC,<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-00991-SIL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL MIZHIRITSKY, 229 East Merrick Road, Valley Stream, NY 11580
PETER L/N/U, 229 East Merrick Road, Valley Stream, NY 11580
FERNANDO ZAVALA, 229 East Merrick Road, Valley Stream, NY 11580
FIRST CLASS CAR CARE MERRICK ROAD INC., 229 East Merrick Road, Valley Stream, NY 11580, LPMM HOLDINGS LLC, 229 East Merrick Road, Valley Stream, NY 11580 and LPMM RAINBOW CAR WASH LLC, 229 East Merrick Road, Valley Stream, NY 11580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marcus Monteiro, Esq.
Monteiro & Fishman LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 2/21/2025

*Laura Jakubowski*
Signature of Clerk or Deputy Clerk